UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60359-CIV- COHN

FREDERICK G. STAUP,

    Plaintiff,

vs.

WACHOVIA BANK, N.A., a North
Carolina Corporation,

    Defendant.
_____/

### CERTIFICATION AND ORDER OF TRANSFER TO MAGISTRATE JUDGE

This matter comes before the undersigned pursuant to the Order of Transfer [D.E. 5] recently entered by the Honorable William P. Dimitrouleas. The undersigned Magistrate Judge hereby certifies that the above-captioned case presently has no referred, fully briefed, pending motions and is therefore ready to be transferred to Judge Cohn's paired Magistrate Judge.

Accordingly, the Clerk of Court shall hereby transfer the Magistrate Judge assignment for this case to Magistrate Judge Barry Seltzer.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 20th day of March, 2008.

ROBIN S. ROSENBAUM
United States Magistrate Judge

cc:    The Honorable James I. Cohn
       The Honorable Barry Seltzer

       The Clerk of Court
       Counsel of record