

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60359-CIV-COHN/SELTZER

FREDERICK G. STAUP,

    Plaintiff,

v.

WACHOVIA BANK, N.A., a North
Carolina corporation,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR TEMPORARY STAY OF DISCOVERY

**THIS CAUSE** is before the Court upon Defendant Wachovia Bank's Motion for Temporary Stay of Initial Disclosures and Discovery Pending Determination of Defendant's Motion to Dismiss or, in the Alternative, Motion to Strike and/or Motion for More Definite Statement [DE 15]. The Court has considered the Motion and the record, and is otherwise duly advised in the premises.

Defendant requests that the Court stay the initial disclosure requirements of Fed. R. Civ. P. 26(a) and any subsequent discovery requests until such time as the Court rules on Defendant's previously filed Motion to Dismiss or, in the Alternative, Motion to Strike and/or Motion for More Definite Statement. The Eleventh Circuit has held that the District Court has the responsibility to manage the discovery process in a manner that avoids abuse of the process and prejudice to the parties. See Chudasama v. Mazda Motor Corporation, 123 F.3d 1353 (11th Cir. 1997). In Chudasama, the Eleventh Circuit also held that while some pretrial motions may turn on findings of fact

and require some discovery, "[f]acial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should, however, be resolved before discovery begins." Id. at 1367.  As Defendant points out in the instant Motion to Stay, the pending Motion to Dismiss is largely a facial challenge on the legal sufficiency of Plaintiff's Complaint.  Accordingly, the Court finds that Defendant should not be required to comply with the initial disclosure requirements of Fed. R. Civ. P. 26(a), and discovery should not commence, until after the Court has issued a ruling on Defendant's Motion to Dismiss, because discovery is not needed for the resolution of this Motion and requiring discovery would impose an undue burden on the Defendant.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion for Temporary Stay of Initial Disclosures and Discovery Pending Determination of Defendant's Motion to Dismiss or, in the Alternative, Motion to Strike and/or Motion for More Definite Statement [DE 15] is **GRANTED**.  All discovery, including Defendant's Initial Disclosures, is hereby **STAYED** pending disposition of Defendant's Motion to Dismiss and further Order of this Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 16th day of April, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Frederick G. Staup, *pro se*
P.O. Box 8222
Longboat Key, FL  34228